Anton KLOEPFER,
Claimant/Appellant,

v.

JOHN BENDER, INC.,
Employer/Respondent.

No. ED 95303.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 5, 2011.

Aubuchon, Raniere & Panzeri, P.C., Mark A. Panzeri, St. Louis, MO, for Appellant.

Hennessy & Roach, P.C., Jennifer Yates Weller, St. Louis, MO, for Respondent.

Before GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Anton Kloepfer appeals from a Final Award Denying Compensation issued by the Labor and Industrial Relations Commission. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on ap-

peal, and find the claims of error to be without merit. An extended opinion would have no precedential value or serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).